# Exhibit 3

**Mesoblast Limited Loss Chart**
**Class Period: April 16, 2019 through October 1, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $12.54 |
| Fayz, Frank | 8/7/2020 | 200 | ($16.06) | ($3,212.00) | 8/11/2020 | 110 | $11.04 | $1,214.40 | | | | |
| | 8/7/2020 | 200 | ($16.07) | ($3,214.00) | 8/11/2020 | 200 | $11.05 | $2,210.00 | | | | |
| | 8/7/2020 | 934 | ($16.08) | ($15,018.63) | 8/11/2020 | 10,190 | $10.85 | $110,561.50 | | | | |
| | 8/7/2020 | 100 | ($16.10) | ($1,610.00) | 8/11/2020 | 772 | $11.45 | $8,839.40 | | | | |
| | 8/7/2020 | 500 | ($16.11) | ($8,053.75) | 8/11/2020 | 330 | $11.42 | $3,768.60 | | | | |
| | 8/7/2020 | 200 | ($16.11) | ($3,222.00) | 8/11/2020 | 7,898 | $11.40 | $90,037.20 | | | | |
| | 8/7/2020 | 3,000 | ($16.12) | ($48,345.00) | 8/11/2020 | 500 | $11.03 | $5,515.00 | | | | |
| | 8/7/2020 | 3,166 | ($16.13) | ($51,066.00) | | | | | | | | |
| | 8/10/2020 | 2,700 | ($17.25) | ($46,574.73) | | | | | | | | |
| | 8/11/2020 | 9,000 | ($11.34) | ($102,060.00) | | | | | | | | |
| | | 20,000 | | ($282,376.10) | | 20,000 | | $222,146.10 | 0 | 0 | ($60,230.00) | |