**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRENE KRISTAL, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>                     Defendants. | Case No.: 7:20-cv-08430-PMH<br><br>Hon. Philip M. Halpern |
| ALAN MAUSKOPF, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>                     Defendants. | Case No.: 7:20-cv-09111-PMH<br><br>Hon. Philip M. Halpern |

**NOTICE OF MOTION OF MORDECHAI VOGEL FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mordechai Vogel ("Movant") respectfully moves this Court for an order: (1) consolidating the above captioned actions (the "Actions"); (2) appointing him as lead plaintiff pursuant to 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving his selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: December 7, 2020                          Respectfully Submitted,

                                                 **LEVI & KORSINSKY, LLP**

                                                 By: /s/ *Shannon L. Hopkins*
                                                 Shannon L. Hopkins (SH-1887)
                                                 1111 Summer Street, Suite 403
                                                 Stamford, Connecticut 06905
                                                 Tel. (203) 992-4523
                                                 Fax: (212) 363-7500
                                                 Email: shopkins@zlk.com

                                                 *Counsel for Mordechai Vogel and*
                                                 *[Proposed] Lead Counsel for the Class*

2