**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRENE KRISTAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>Defendants. | Case No.: 7:20-cv-08430-PMH<br><br>Hon. Philip M. Halpern |
| ALAN MAUSKOPF, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>Defendants. | Case No.: 7:20-cv-09111-PMH<br><br>Hon. Philip M. Halpern |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF MORDECHAI VOGEL'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, SHANNON L. HOPKINS, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Levi & Korsinsky, LLP, proposed Lead Counsel for movant Mordechai Vogel ("Movant"). I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

**Exhibit A:** Sworn Certification signed by Movant;

**Exhibit B:** Movant's estimated loss calculations;

**Exhibit C:** Notice of pendency of class action published on *Business Wire* on October 8, 2020;

**Exhibit D:** Levi & Korsinsky, LLP's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of December, 2020        /s/ *Shannon L. Hopkins*
                                                                              Shannon L. Hopkins