# EXHIBIT A

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Mordechai Vogel , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Far Rockaway, New York and have a BA in Business Administration. I am currently employed as the owner of Tower Paper Co. a wholesale office supply company, and a partner in Wholesale Direct, LLC. I have been investing in securities for 20 year(s). I also have experience hiring attorneys for various personal real estate transactions.

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Mesoblast Limited which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this December 7,2020 .

Name: Mordechai Vogel

Signed:

| Case Name | Mesoblast Limited |
|---|---|
| Ticker | MESO |
| Class Period | 04-16-2019 to 10-01-2020 |

**Client Name**

Mordecai Vogel

Stock

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 08-12-2020 | P | 500 | $ 11.43 |
| 08-12-2020 | P | 400 | $ 11.49 |
| 08-12-2020 | P | 100 | $ 11.48 |
| 08-14-2020 | P | 500 | $ 16.55 |
| 08-14-2020 | S | -500 | $ 17.95 |
| 08-17-2020 | P | 500 | $ 19.79 |
| 08-18-2020 | P | 500 | $ 17.80 |
| 08-27-2020 | P | 300 | $ 18.75 |
| 09-04-2020 | P | 300 | $ 16.24 |
| 09-10-2020 | P | 500 | $ 16.21 |
| 09-11-2020 | P | 300 | $ 16.20 |
| 09-15-2020 | P | 300 | $ 17.58 |
| 09-29-2020 | P | 400 | $ 18.97 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Security |
|---|---|---|---|---|
| 09-11-2020 | Sell to open | -5 | MESO CALL (10-16-2020) (20.0) | 2.65 |
| 09-18-2020 | Sell to open | -5 | MESO CALL (10-16-2020) (25.0) | 1.9 |