# EXHIBIT B

| | |
|---|---|
| **Client Name** | Mordechai Vogel |
| **Company Name** | Mesoblast Limited |
| **Ticker Symbol** | MESO |
| **Security Type** | |
| **Class Period Start** | 04-16-2019 |
| **Class Period End** | 10-01-2020 |
| **90-DAY Lookback Period Start** | 10-02-2020 |
| **90-DAY Lookback Period End** | 12-07-2020 |
| **90-DAY Lookback Average** | $ 12.49 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $14,680.00 |
| *DURA LIFO* Total* | $14,680.00 |
| Gross Shares Purchased | 4,600.00 |
| Net Shares Retained | 4,100.00 |
| Net Funds Expended | $65,877.41 |

### Mordecai Vogel

| Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-12-2020 | 500 | 11.43 | $ 5,715.00 | | | | | | - | 500 | 500 | $ 12.49 | $ 6,243.59 | -$ 528.59 | -$ 528.59 |
| 08-12-2020 | 400 | 11.49 | $ 4,596.00 | | | | | | - | 400 | 400 | $ 12.49 | $ 4,994.87 | -$ 398.87 | -$ 398.87 |
| 08-12-2020 | 100 | 11.48 | $ 1,148.00 | | | | | | - | 100 | 100 | $ 12.49 | $ 1,248.72 | -$ 100.72 | -$ 100.72 |
| 08-14-2020 | 500 | 16.55 | $ 8,275.00 | 08-14-2020 | 500 | | $ 17.95 | $ 8,975.00 | - | - | - | $ 12.49 | | -$ 700.00 | -$ 700.00 |
| 08-17-2020 | 500 | 19.7899 | $ 9,894.95 | | | | | | - | 500 | 500 | $ 12.49 | $ 6,243.59 | $ 3,651.36 | $ 3,651.36 |
| 08-18-2020 | 500 | 17.8 | $ 8,900.00 | | | | | | - | 500 | 500 | $ 12.49 | $ 6,243.59 | $ 2,656.41 | $ 2,656.41 |
| 08-27-2020 | 300 | 18.75 | $ 5,625.00 | | | | | | - | 300 | 300 | $ 12.49 | $ 3,746.15 | $ 1,878.85 | $ 1,878.85 |
| 09-04-2020 | 300 | 16.24 | $ 4,872.00 | | | | | | - | 300 | 300 | $ 12.49 | $ 3,746.15 | $ 1,125.85 | $ 1,125.85 |
| 09-10-2020 | 500 | 16.21 | $ 8,105.00 | | | | | | - | 500 | 500 | $ 12.49 | $ 6,243.59 | $ 1,861.41 | $ 1,861.41 |
| 09-11-2020 | 300 | 16.1982 | $ 4,859.46 | | | | | | - | 300 | 300 | $ 12.49 | $ 3,746.15 | $ 1,113.31 | $ 1,113.31 |
| 09-15-2020 | 300 | 17.58 | $ 5,274.00 | | | | | | - | 300 | 300 | $ 12.49 | $ 3,746.15 | $ 1,527.85 | $ 1,527.85 |
| 09-29-2020 | 400 | 18.97 | $ 7,588.00 | | | | | | - | 400 | 400 | $ 12.49 | $ 4,994.87 | $ 2,593.13 | $ 2,593.13 |
| **Total:** | **4,600.00** | | **$ 74,852.41** | | **500.00** | | | **$ 8,975.00** | | **4,100.00** | **4,100.00** | | **$ 51,197.41** | **$ 14,680.00** | **$ 14,680.00** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.

**Mordechai Vogel**
**Transactions in MESOBLAST LIMITED - 13415 -MESO Securities**
**Class Period: 04/16/2019 and 10/01/2020, inclusive**
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| LIFO Losses/(Gain) *Options | ($2,275.00) |
|---|---|
| *Dura* LIFO Losses/(Gain)* Options | ($2,275.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 9/11/2020 | SO | -5 | MESO 10/16/2020 20.0 C | $2.65 | ($1,325.00) |
| | *After CP* | | | | |
| 10/16/2020 | Expired | 5 | MESO 10/16/2020 20.0 C | $0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 9/18/2020 | SO | -5 | MESO 10/16/2020 25.0 C | $1.90 | ($950.00) |
| | *After CP* | | | | |
| 10/16/2020 | Expired | 5 | MESO 10/16/2020 25.0 C | $0.00 | $0.00 |