**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRENE KRISTAL, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>                    Defendants. | Case No: 7:20-cv-08430-PMH<br><br>CLASS ACTION |
| ALAN MAUSKOPF, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>                    Defendants. | Case No: 7:20-cv-09111-PMH<br><br>CLASS ACTION |

**NOTICE OF MOTION AND MOTION OF**
**MOHAMMED AL-OSTAZ AND AHMED ELOSTATH**
**FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Mohammed Al-Ostaz and Ahmed Elostath (together, "Movants") will and hereby do respectfully move this Court for an Order: (1) consolidating the above-captioned actions; (2) appointing Movants as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, on behalf of a class consisting of all persons and entities, other than Defendants, that purchased or otherwise acquired Mesoblast Limited securities between April 16, 2019 and October 1, 2020, inclusive; (3) approving Movants' selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Melissa A. Fortunato, the [Proposed] Order Consolidating the Actions, Appointing Movants as Lead Plaintiff, and Approving Movants' Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: December 7, 2020                    Respectfully submitted,

                                           **BRAGAR EAGEL & SQUIRE, P.C.**

                                           By: */s/ Melissa A. Fortunato*
                                           Melissa A. Fortunato
                                           Marion C. Passmore
                                           810 Seventh Avenue, Suite 620
                                           New York, NY 10019
                                           Telephone: (212) 308-5858
                                           Facsimile: (212) 214-0506
                                           Email: fortunato@bespc.com
                                           Email: passmore@bespc.com

1

2

*Counsel for Movants and Proposed*
*Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 7th day of December, 2020.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato