**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRENE KRISTAL, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>                    Defendants. | Case No: 7:20-cv-08430-PMH<br><br>CLASS ACTION |
| ALAN MAUSKOPF, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>                    Defendants. | Case No: 7:20-cv-09111-PMH<br><br>CLASS ACTION |

**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT**
**OF MOHAMMED AL-OSTAZ AND AHMED ELOSTATH'S**
**MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT**
**AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Melissa A. Fortunato, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Mohamed Al-Ostaz and Ahmed Elostath (together, "Movants") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:      Private Securities Litigation Reform Act of 1995 certifications signed by Movants, attaching their securities transactions during the Class Period in Schedule A(s), thereto;

Exhibit 2:      Chart detailing Movants' estimated financial losses;

Exhibit 3:      Joint Declaration of Movants;

Exhibit 4:      Press release published October 8, 2020 on *Business Wire* announcing the pendency of the securities class action against Defendants herein: *Kristal v. Mesoblast Limited, et al.*, Case No. 7:20-cv-08430; and

Exhibit 4:      Bragar Eagel & Squire, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 7th day of December, 2020.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

1