# Exhibit 2

**Mesoblast Limited**

| Company Name | Mesoblast Limited |
|---|---|
| Ticker Symbol | MESO |
| Security Type | Common Stock |
| Class Period Start | 04/16/2019 |
| Class Period End | 10/01/2020 |
| 90-DAY Lookback Period Start | 10/02/2020 |
| 90-DAY Lookback Period End | 12/07/2020 |
| 90-DAY Lookback Average | $12.4911 |

| **Movant** | **Loss** |
|---|---|
| Mohammed Al-Ostaz | ($5,436.67) |
| Ahmed Elostath | ($26,663.40) |
| **Total Loss** | **($32,100.07)** |

| Client Name | Mohammed Al-Ostaz |
|---|---|
| Company Name | Mesoblast Limited |
| Ticker Symbol | MESO |
| Security Type | Common Stock |
| Class Period Start | 04/16/2019 |
| Class Period End | 10/01/2020 |
| 90-DAY Lookback Period Start | 10/02/2020 |
| 90-DAY Lookback Period End | 12/07/2020 |
| 90-DAY Lookback Average | $12.4911 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($5,436.67) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 09/23/2020 | 1,000 | $17.75 | ($17,750.00) | | | ($17,750.00) |
| 10/06/2020 | -681 | | | $12.31* | $8,385.38 | ($9,364.62) |
| 10/06/2020 | -281 | | | $12.31* | $3,460.05 | ($5,904.57) |
| 10/06/2020 | -38 | | | $12.31* | $467.91 | ($5,436.67) |
| | | | | | **Subtotal** | ($5,436.67) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($5,436.67) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Client Name | Ahmed Elostath |
|---|---|
| Company Name | Mesoblast Limited |
| Ticker Symbol | MESO |
| Security Type | Common Stock |
| Class Period Start | 04/16/2019 |
| Class Period End | 10/01/2020 |
| 90-DAY Lookback Period Start | 10/02/2020 |
| 90-DAY Lookback Period End | 12/07/2020 |
| 90-DAY Lookback Average | $12.4911 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($26,663.40) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 8/20/20 | 100 | $17.67 | ($1,767.00) | | | ($1,767.00) |
| 8/20/20 | 100 | $17.67 | ($1,767.00) | | | ($3,534.00) |
| 8/20/20 | 100 | $17.66 | ($1,766.00) | | | ($5,300.00) |
| 8/21/20 | 30 | $18.51 | ($555.30) | | | ($5,855.30) |
| 8/21/20 | 20 | $18.52 | ($370.40) | | | ($6,225.70) |
| 8/21/20 | 100 | $17.99 | ($1,799.00) | | | ($8,024.70) |
| 8/21/20 | -300 | | | $18.00 | $5,400.00 | ($2,624.70) |
| 8/24/20 | -50 | | | $18.56 | $928.00 | ($1,696.70) |
| 8/24/20 | -100 | | | $18.55 | $1,855.00 | $158.30 |
| 8/25/20 | 100 | $17.57 | ($1,757.00) | | | ($1,598.70) |
| 8/25/20 | 200 | $17.57 | ($3,514.00) | | | ($5,112.70) |
| 8/26/20 | -300 | | | $18.02 | $5,406.00 | $293.30 |
| 8/31/20 | 100 | $19.44 | ($1,944.00) | | | ($1,650.70) |
| 8/31/20 | 100 | $19.35 | ($1,935.00) | | | ($3,585.70) |
| 8/31/20 | 100 | $19.35 | ($1,935.00) | | | ($5,520.70) |
| 9/2/20 | 100 | $19.29 | ($1,929.00) | | | ($7,449.70) |
| 9/2/20 | 100 | $19.31 | ($1,931.00) | | | ($9,380.70) |
| 9/2/20 | 100 | $19.50 | ($1,950.00) | | | ($11,330.70) |
| 9/4/20 | -100 | | | $16.56 | $1,656.00 | ($9,674.70) |
| 9/9/20 | -100 | | | $16.66 | $1,666.00 | ($8,008.70) |
| 9/10/20 | -100 | | | $16.63 | $1,663.00 | ($6,345.70) |
| 9/24/20 | -1,000 | | | $17.15 | $17,150.00 | $10,804.30 |
| 9/24/20 | 1,000 | $17.18 | ($17,180.00) | | | ($6,375.70) |
| 9/24/20 | -200 | | | $17.06 | $3,412.00 | ($2,963.70) |
| 9/24/20 | -100 | | | $17.14 | $1,714.00 | ($1,249.70) |
| 9/25/20 | 1,000 | $17.19 | ($17,190.00) | | | ($18,439.70) |
| 9/28/20 | 8 | $18.99 | ($151.92) | | | ($18,591.62) |
| 9/28/20 | 500 | $19.39 | ($9,695.00) | | | ($28,286.62) |
| 9/28/20 | 800 | $18.99 | ($15,192.00) | | | ($43,478.62) |
| 9/28/20 | 192 | $18.99 | ($3,646.08) | | | ($47,124.70) |
| 9/28/20 | -1,000 | | | $19.21 | $19,210.00 | ($27,914.70) |
| 9/29/20 | 500 | $19.21 | ($9,605.00) | | | ($37,519.70) |
| 9/29/20 | 10 | $19.24 | ($192.40) | | | ($37,712.10) |
| 9/29/20 | 490 | $19.25 | ($9,432.50) | | | ($47,144.60) |
| 9/29/20 | 500 | $19.12 | ($9,560.00) | | | ($56,704.60) |
| 9/29/20 | 500 | $19.12 | ($9,560.00) | | | ($66,264.60) |
| 9/29/20 | -1,000 | | | $18.84 | $18,840.00 | ($47,424.60) |
| 9/29/20 | -1,000 | | | $18.81 | $18,810.00 | ($28,614.60) |
| 9/29/20 | 30 | $19.00 | ($570.00) | | | ($29,184.60) |
| 9/29/20 | 61 | $19.00 | ($1,159.00) | | | ($30,343.60) |
| 9/29/20 | 939 | $19.00 | ($17,841.00) | | | ($48,184.60) |
| 9/29/20 | 270 | $19.01 | ($5,132.70) | | | ($53,317.30) |
| 9/29/20 | 200 | $19.00 | ($3,800.00) | | | ($57,117.30) |
| 9/29/20 | 1,000 | $18.70 | ($18,700.00) | | | ($75,817.30) |
| 10/2/20 | -200 | | | $12.70* | $2,540.00 | ($73,277.30) |
| 10/2/20 | -174 | | | $12.35* | $2,148.90 | ($71,128.40) |
| 10/2/20 | -14 | | | $12.03* | $168.42 | ($70,959.98) |
| 10/2/20 | -1 | | | $12.03* | $12.03 | ($70,947.95) |
| 10/2/20 | -800 | | | $12.60* | $10,080.00 | ($60,867.95) |
| 10/2/20 | -826 | | | $12.50* | $10,325.00 | ($50,542.95) |
| 10/2/20 | -985 | | | $12.03* | $11,849.55 | ($38,693.40) |
| 10/2/20 | -1,000 | | | $12.03* | $12,030.00 | ($26,663.40) |
| | | | | | **Subtotal** | ($26,663.40) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($26,663.40) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.