# Exhibit 3

**JOINT DECLARATION IN SUPPORT OF MOHAMMED AL-OSTAZ AND AHMED ELOSTATH FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Mohammed Al-Ostaz and Ahmed Elostath, respectfully submit this Joint Declaration in support of our Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for lead plaintiff in this case jointly because we believe that combining our collective resources and knowledge will best serve the Class.[1]

3.      I, Mohammed Al-Ostaz, as reflected in my Certification, purchased Mesoblast securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.[2] I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I have approximately one year of investing experience and I am a Chief Executive Officer of A to Z World Languages, Inc. I currently reside in Sioux Falls, South Dakota. I decided to seek appointment as lead plaintiff with Ahmed Elostath

---

[1]  The "Class" consists of all persons or entities, other than Defendants, that purchased or otherwise acquired Mesoblast Limited ("Mesoblast" or the "Company") securities between April 16, 2019 and October 1, 2020, inclusive (the "Class Period").

[2]  The "Action" includes the two related securities class actions filed in the United States District Court for the Southern District of New York as further detailed below.

1

after learning of his motivation to recover on behalf of investors and that we were each in discussions with Bragar Eagel & Squire, P.C. ("BES") to pursue claims on behalf of the Class.

4.      I, Ahmed Elostath, as reflected in my Certification, purchased Mesoblast securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I have approximately one year of investing experience. I am a Pharmacist, and I currently reside in Medford, Oregon.  I decided to seek appointment as lead plaintiff with Mohammed Al-Ostaz after learning of his motivation to recover on behalf of investors and that we were each in discussions with BES to pursue claims on behalf of the Class.

5.      On October 8, 2020, Irene Kristal filed a putative class action (the "*Kristal* Action") in this District, on behalf of all those who purchased or otherwise acquired Mesoblast securities during the Class Period.  The *Kristal* Action seeks relief against Mesoblast and the Company's Chief Executive Officer and Chief Financial Officer for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

6.      On October 30, 2020, Alan Mauskopf commenced a nearly identical action in this District on behalf of the same Class, asserting the same claims against the same defendants as the *Kristal* Action.

7.      We believe that we will provide exemplary representation to the Class of investors who purchased Mesoblast securities during the Class Period.  After discussing the allegations against Mesoblast, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

8.     We are like-minded investors who contacted and retained BES.  We believe that the allegations against Mesoblast are meritorious and that the Class will benefit from having a small, cohesive group of highly motivated investors with substantial financial interests at stake as lead plaintiff.  We each decided to work together as a small group of two investors to collaborate and exercise joint decision-making.  We agree to work collaboratively to represent all Mesoblast shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

9.     We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that lead counsel effectively litigates the Action. Each of us understands that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy.  Each of us will do our best to maximize the recovery for the Class.

10.    If appointed as lead plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class.  We are confident in our ability to reach joint decisions regarding litigation matters.  We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

11.    We select BES to serve as lead counsel on behalf of the Class and believe BES has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class.  We are familiar with the experience, resources, and

3

successes of our proposed lead counsel, BES. We are well aware that BES is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that BES will vigorously prosecute this Action in a cost-effective manner and in the best interests of all members of the putative Class.

12.    It is our goal to resolve this Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, BES, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct BES to prosecute the Action in such a way to achieve a fair result for all members of the Class.

13.    We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute this Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

14.    We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct lead counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances,

4

depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

15.     We, Mohammed Al-Ostaz and Ahmed Elostath, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in this Action.  Our main goal is obtaining the largest recovery possible for the Class.

I, Mohammed Al-Ostaz, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 7 ___ day of December, 2020.

_____
Mohammed Al-Ostaz (Dec 7, 2020 13:01 CST)

Mohammed Al-Ostaz

I, Ahmed Elostath, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 7___ day of December, 2020.

_____
Ahmed Elostath (Dec 7, 2020 13:21 PST)

Ahmed Elostath