UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE KRISTAL, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>               Defendants. | Case No.  7:20-cv-08430-PMH<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MARC PERCIVAL FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| ALAN MAUSKOPF, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>     vs.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,<br><br>               Defendants. | Case No.  7:20-cv-09111-PMH |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Marc Percival ("Percival"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Percival's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting Percival's financial interest in the Related Actions;

Exhibit B:    Press release published over *Business Wire*, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certification executed by Percival;

Exhibit D:    Declaration executed by Percival; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 7, 2020, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1