# EXHIBIT A

**Mesoblast Limited (MESO)**
**Class Period: April 16, 2019, and October 1, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 62-Day Mean Price $12.4011 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Percival, Marc W. | 8/17/2020 | 1,200 | $18.6000 | ($22,320) | | | | | | | |
| Percival, Marc W. | 8/17/2020 | 1,200 | $18.6000 | ($22,320) | | | | | | | |
| **Percival, Marc W.** | | **2,400** | | **($44,640)** | | | | | **2,400** | **$29,763** | **($14,877)** |

*Avg Closing Prices from October 2 to December 4