UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRENE KRISTAL, Individually and on Behalf of All Others Similarly Situated,

              Plaintiff,

vs.

MESOBLAST LIMITED, SILVIU ITESCU and JOSH MUNTNER,

              Defendants.

Civil Action No. 7:20-cv-08430-PMH

<u>CLASS ACTION</u>

---

ALAN MAUSKOPF, Individually and on Behalf of All Others Similarly Situated,

              Plaintiff,

vs.

MESOBLAST LIMITED, SILVIU ITESCU and JOSH MUNTNER,

              Defendants.

Civil Action No. 7:20-cv-09111-PMH

<u>CLASS ACTION</u>

---

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4814-0272-7635.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Dieu Gregoriou will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007, for an order: (1) consolidating the above-captioned related securities class actions; (2) appointing Ms. Gregoriou as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (3) approving her selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.   In support of this Motion, Ms. Gregoriou submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  December 7, 2020                ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        SAMUEL H. RUDMAN
                                        DAVID A. ROSENFELD


                                                *s/ David A. Rosenfeld*
                                        ───────────────────────────────
                                           DAVID A. ROSENFELD

                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)
                                        srudman@rgrdlaw.com
                                        drosenfeld@rgrdlaw.com

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        DANIELLE S. MYERS
                                        JUAN CARLOS SANCHEZ
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)
                                        dmyers@rgrdlaw.com
                                        jsanchez@rgrdlaw.com

                                        [Proposed] Lead Counsel for [Proposed] Lead
                                        Plaintiff

- 1 -

4814-0272-7635.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 7, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4814-0272-7635.v1

# Mailing Information for a Case 7:20-cv-08430-PMH Kristal v. Mesoblast Limited et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,files@zlk.com,shalliday@zlk.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)