# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Gregoriou, Dieu (ADR)** | 09/29/2020 | 500 | $18.65 | $9,325.00 | 10/22/2020 | 306 | $11.80 | $3,609.58 | |
| | 09/30/2020 | 300 | $18.25 | $5,475.00 | 10/27/2020 | 494 | $11.66 | $5,758.41 | |
| **Movant's Total** | | **800** | | **$14,800.00** | | **800** | | **$9,367.99** | **($5,432.01)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $12.40 as of December 04, 2020 for ADR.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
 will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.