# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ──────────────────────── x | |
| IRENE KRISTAL, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 7:20-cv-08430-PMH |
| Plaintiff, | CLASS ACTION |
| vs. | |
| MESOBLAST LIMITED, SILVIU ITESCU and JOSH MUNTNER, | |
| Defendants. | |
| ──────────────────────── x | |
| ALAN MAUSKOPF, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 7:20-cv-09111-PMH |
| Plaintiff, | CLASS ACTION |
| vs. | |
| MESOBLAST LIMITED, SILVIU ITESCU and JOSH MUNTNER, | |
| Defendants. | |
| ──────────────────────── x | |

DECLARATION OF DIEU GREGORIOU IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4830-2212-5779.v1

DocuSign Envelope ID: 9C0703BB-A248-4E7A-9915-E3CDC8265B67

I, Dieu Gregoriou, submit this declaration in support of my Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.    I am a retiree and my primary place of residence is in Singapore. Before retiring, I was a project manager in the finance sector and worked for various multinational companies, including IBM and J.P. Morgan. I attended Swinburne University of Technology, where I attained a Bachelor of Applied Science degree. I am fluent in English and have invested in the stock market for approximately five years.

2.    I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.    I am aware that, if appointed as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize any potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

4.    I have a substantial financial interest in this case based on my losses, and have an incentive to prosecute this case on behalf of Mesoblast Limited shareholders.

5.    I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my pro-rata share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

4830-2212-5779.v1

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on their experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to serve as lead counsel.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this _5th_ day of December 2020.

DocuSigned by:

814BB60710CF400...
_____
DIEU GREGORIOU