# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IRENE KRISTAL, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

MESOBLAST LIMITED, SILVIU ITESCU, and JOSH MUNTNER,

Defendants.

**CASE No.: 7:20-cv-08430-PMH**

Application granted. Lead Plaintiff shall filed his first amended complaint by August 13, 2021. Defendants shall file an answer or a pre-motion letter for a proposed motion to dismiss by September 14, 2021.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 47.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 1, 2021

**JOINT STIPULATION AND PROPOSED ORDER
TO FILE AMENDED COMPLAINT AND PR**

Lead Plaintiff Frank Fayz ("Lead Plaintiff"), by and through his counsel, and Defendants Mesoblast Limited, Silviu Itescu, and Josh Muntner (collectively "Defendants"), by and through their counsel, hereby stipulate to the following:

WHEREAS, on June 2, 2021 the Court entered the deadlines set forth in the parties' Joint Stipulation and Proposed Order Governing Deadlines to File Amended Complaint and Pre-Motion Conference Letters (the "Scheduling Order") (ECF No. 40);

WHEREAS, pursuant to the Scheduling Order, Lead Plaintiff's first amended complaint ("FAC") is due by July 26, 2021, and Defendants' response to the FAC or pre-motion letter for a proposed motion to dismiss is due on or before August 25, 2021;

WHEREAS, the Court's Memo Endorsement of May 28, 2021 stated that should "the Court grant[] a pre-motion conference in anticipation of Defendants' motion to dismiss the Amended Complaint, the Court will address the briefing schedule at that conference" (ECF No. 38);

1

Case 7:20-cv-08430-PMH    Document 47    Filed in NYSD on 06/30/2023    Page 2 of 3

WHEREAS, Lead Plaintiff requests a 18-day extension to the deadline to file the FAC in order to accommodate contemporaneous deadlines in other matters;

WHEREAS, there have been no previous requests for extension of the Scheduling Order;

WHEREAS, Defendants consent to this request.

NOW, THEREFORE, the undersigned parties, through their attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Lead Plaintiff shall file his first amended complaint (the "FAC") by August 13, 2021.

2. Defendants shall respond to the FAC or file a pre-motion letter for a proposed motion to dismiss on or before September 14, 2021.

IT IS SO STIPULATED AND AGREED TO ON THIS 30th  day of June 2021.

**THE ROSEN LAW FIRM, P.A.**

*/s/ Sara Fuks*
Sara Fuks, Esq.
Laurence Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: sfuks@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Sheryl Shapiro Bassin*
Sheryl Shapiro Bassin
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800

Facsimile: (212) 999-5899
Email: sbassin@wsgr.com

Ignacio Salceda, Esq.
(*pro hac vice* admitted)
Rebecca L. Epstein, Esq.
(*pro hac vice* admitted)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Email: isalceda@wsgr.com
Email: bepstein@wsgr.com

*Counsel for Defendants Mesoblast Limited, Silviu Itescu, and Josh Muntner*