UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IRENE KRISTAL, Individually and on behalf
of all others similarly situated,

                       Plaintiff,                    <u>ORDER</u>

v.

                                                       20-CV-08430-PMH

MESOBLAST LIMITED, et al.,

                       Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Any pending motions are DISMISSED as moot, all conferences are CANCELED, and the briefing deadlines for Defendants' anticipated motion to dismiss are ADJOURNED *sine die*.

      The parties shall file the preliminary settlement approval and notice documents by March 28, 2022.

Dated:  White Plains, New York
           February 10, 2022

                                                              Philip M. Halpern
                                                               United States District Judge