UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE KRISTAL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, JOSH MUNTNER, and FRED GROSSMAN<br><br>Defendants. | CASE No.: 7:20-CV-08430-PMH<br><br>CLASS ACTION |

**NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

PLEASE TAKE NOTICE that Lead Plaintiff Frank Fayz and named plaintiff David Caudle ("Plaintiffs"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Philip M. Halpern, United States District Judge for the Southern District of New York, 300 Quarropas Street, Courtroom 520, White Plains, New York, 10601, for entry of an Order: (1) preliminarily certifying the Settlement Class for the purposes of settlement; (2) preliminarily approving the terms of the Settlement as set forth in the Stipulation and Agreement of Settlement ("Stipulation"), filed concurrently herewith; (3) approving the form and method of providing notice of the Settlement; and (4) scheduling a Settlement Hearing and deadlines for mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiffs' motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

This motion is based on this Notice of Unopposed Motion, the Stipulation and all exhibits

1

2

attached thereto, Plaintiffs' supporting Memorandum of Law, and the Declaration of Sara Fuks and the exhibits attached thereto, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

Defendants do not oppose the relief requested by this motion. Accordingly, Plaintiffs request that the Court enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, a copy of which is attached as Exhibit A to the Stipulation and for the Court's convenience, submitted herewith.

Dated:  March 28, 2022　　　　　　　　　　**THE ROSEN LAW FIRM, P.A.**

　　　　　　　　　　　　　　　　　　　　　By: */s/ Sara Fuks*
　　　　　　　　　　　　　　　　　　　　　Laurence Rosen
　　　　　　　　　　　　　　　　　　　　　Sara Fuks
　　　　　　　　　　　　　　　　　　　　　275 Madison Avenue, 40th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 686-1060
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 202-3827
　　　　　　　　　　　　　　　　　　　　　lrosen@rosenlegal.com
　　　　　　　　　　　　　　　　　　　　　sfuks@rosenlegal.com

　　　　　　　　　　　　　　　　　　　　　*Lead Counsel for Plaintiffs and the proposed Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Sara Fuks*
Sara Fuks