UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE KRISTAL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, JOSH MUNTNER, and FRED GROSSMAN<br><br>Defendants. | **CASE No.: 7:20-CV-08430-PMH**<br><br>**CLASS ACTION** |

**DECLARATION OF SARA FUKS IN SUPPORT OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

I, Sara Fuks, declare the following pursuant to 28 U.S.C. §1746:

1.      I am a partner at The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiff Frank Fayz and named Plaintiff David Caudle ("Plaintiffs") in this action. I make this declaration in support of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures filed concurrently herewith. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from a report by NERA Economic Consulting, titled *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review*.

Executed this 28th day of March, 2022, in New York, NY

*/s/Sara Fuks*
Sara Fuks

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Sara Fuks*
Sara Fuks

2