# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE KRISTAL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, JOSH MUNTNER, and FRED GROSSMAN,<br><br>Defendants. | CASE No.: 7:20-CV-08430-PMH<br><br>CLASS ACTION |

### NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND FINAL CERTIFICATION OF THE SETTLEMENT CLASS

PLEASE TAKE NOTICE that, pursuant to the Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 75), on August 15, 2022 at 11:00 a.m., before the Honorable Philip M. Halpern, United States District Judge of the United States District Court for the Southern District of New York, 300 Quarropas Street, Courtroom 520, White Plains, NY 10601, Lead Plaintiff Frank Fayz and Named Plaintiff David Caudle (collectively, "Plaintiffs"), will and hereby do move the Court for entry of an Order: (1) granting final approval of the Settlement in the Action on the terms set forth in the Stipulation; (2) approving the proposed Plan of Allocation[1] for distribution of the Net Settlement Fund; (3) certifying the proposed Settlement Class for settlement purposes only; and (4) entering Final Judgment dismissing this Action with prejudice.

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement dated March 28, 2022 (ECF No. 70).

1

This motion is based on this Notice of Motion; the Memorandum of Law in Support thereof; Declaration of Sara Fuks in Support of: (I) Plaintiffs' Unopposed Motion for Final Approval of Settlement and Plan of Allocation and Final Certification of the Settlement Class; and (II) Lead Counsel's Unopposed Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Defendants do not oppose the relief requested in this Motion.

A proposed Order and Final Judgment granting the requested relief will be submitted with Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Dated: July 11, 2022               **THE ROSEN LAW FIRM, P.A.**

By: */s/ Sara Fuks*
Sara Fuks
Laurence Rosen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
sfuks@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Sara Fuks*
Sara Fuks