# EXHIBIT 6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE KRISTAL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, JOSH MUNTNER, and FRED GROSSMAN<br><br>        Defendants. | **CASE No.: 7:20-CV-08430-PMH**<br><br>**CLASS ACTION** |

## DECLARATION OF FRANK FAYZ

Pursuant to 28 U.S.C. § 1746, Frank Fayz declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.      I submit this declaration in support of: (1) the Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of the Settlement Class; (2) the Motion for Attorney's Fees and Reimbursement of Litigation Expenses; and (3) my application for the $1,000 compensatory award relating to my representation of the Settlement Class.

2.      I have been actively involved in the prosecution of the above-captioned action (the "Action") since December 2020 with the filing of my lead plaintiff motion. On December 23, 2020, the Court appointed me to serve as the Lead Plaintiff (Dkt. No. 25). David Caudle is the named plaintiff in this Action.

3.      I currently live in Florida. I am a radiologist by profession and received my medical degree from The Keck School of Medicine of The University of Southern California.

1

4.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement.

5.      In fulfillment of my responsibilities as a Lead Plaintiff on behalf of all class members in the Action, I have worked with Lead Counsel, The Rosen Law Firm, P.A., regarding all aspects of the litigation and the resolution thereof.

6.      As the Lead Plaintiff and a proposed class representative for settlement purposes, I was involved with the litigation and regularly kept abreast of developments in this case as to satisfy my fiduciary obligation to the Class. My responsibilities included: (a) receiving and reviewing documents filed with the Court including the amended complaint; (b) following developments in this case; (c) discussing the settlement with counsel; and (d) communicating regularly with counsel.

7.      In February 2022, I approved the Settlement of this case for $2,000,000. I believe that this is an excellent result that provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the strengths, risks, delays, and expense of continued litigation. I continue to believe that it is an excellent result.

8.      I understand that the PSLRA provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

9.      I fulfilled my fiduciary duty to the Class to work with counsel to make sure the Settlement Class received fair and adequate representation. I have done my best to promote the

2

interests of the Settlement Class vigorously and to obtain the largest recovery possible under all of the circumstances.

10.    I estimate that I devoted at least ___4___ hours on this litigation. The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent in connection with my professional activities and thus, represented a cost to me. I believe that the time and effort I devoted to this litigation was necessary to achieve the Settlement for the Class.

11.    Accordingly, I respectfully request that the Court approve a payment to me in the amount of $1,000 as reimbursement for the time I spent, and efforts I made, on behalf of the Class.  It is my belief that this request for reimbursement is fair and reasonable.

12.    I understand Lead Counsel will be seeking an award of attorneys' fees in the amount of one-third of the $2,000,000 Settlement Amount. I approved and continue to support Lead Counsel's request for attorneys' fees.

13.    I approved and continue to support Lead Counsel's request for reimbursement of litigation expenses.

14.    In sum, I respectfully request that the Court approve the Settlement; award me a $1,000 compensatory award for the time I spent on this case and representing the Settlement Class; and approve Lead Counsel's request for attorneys' fees and expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on ___June 28, 2022___

_____
FRANK FAYZ

3