# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRENE KRISTAL, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MESOBLAST LIMITED, SILVIU ITESCU, JOSH MUNTNER, and FRED GROSSMAN <br><br> Defendants. | CASE No.: 7:20-CV-08430-PMH <br><br> **CLASS ACTION** |

## DECLARATION OF DAVID CAUDLE

Pursuant to 28 U.S.C. § 1746, David Caudle declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1.      I submit this declaration in support of: (1) the Motion for Final Approval of Class Action Settlement and Plan of Allocation and Final Certification of the Settlement Class; (2) the Motion for Attorney's Fees and Reimbursement of Litigation Expenses; and (3) my application for the $1,000 compensatory award relating to my representation of the Settlement Class.

2.      I have been actively involved in the prosecution of the above-captioned action (the "Action") since August 2021 with the filing of the Amended Class Action Complaint. Frank Fayz is the Lead Plaintiff in this Action.

3.      I live in North Carolina. I earned a computer science degree. I was a software engineer for 33 years, and am now retired.

1

4.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement.

5.      In fulfillment of my responsibilities as a Named Plaintiff on behalf of all class members in the Action, I have worked with Lead Counsel, The Rosen Law Firm, P.A., regarding all aspects of the litigation and the partial resolution thereof.

6.      As a Named Plaintiff and a proposed class representative for settlement purposes, I was involved with the litigation and regularly kept abreast of developments in this case as to satisfy my fiduciary obligation to the Class. My responsibilities included: (a) receiving and reviewing documents filed with the Court including the amended complaint; (b) following developments in this case; (c) discussing the settlement with counsel; and (d) communicating regularly with counsel.

7.      In February 2022, I approved the Settlement of this case for $2,000,000. I believed that this is an excellent result that provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the strengths, risks, delays, and expense of continued litigation. I continue to believe that it is an excellent result.

8.      I understand that the PSLRA provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

9.      I fulfilled my fiduciary duty to the Class to work with counsel to make sure the Settlement Class received fair and adequate representation. I have done my best to promote the interests of the Settlement Class vigorously and to obtain the largest recovery possible under all of the circumstances.

10.    I estimate that I devoted at least 9 hours on this litigation. The time that I devoted to the representation of the Settlement Class in this Action was time that I would have spent engaged in other activities. I believe that the time and effort I devoted to this litigation was necessary to achieve the Settlement for the Class.

11.    Accordingly, I respectfully request that the Court approve a payment to me in the amount of $1,000 as reimbursement for the time I spent, and efforts I made, on behalf of the Class. It is my belief that this request for reimbursement is fair and reasonable.

12.    I understand Lead Counsel will be seeking an award of attorneys' fees in the amount of one-third of the $2,000,000 Settlement Amount. I approved and continue to support Lead Counsel's request for attorneys' fees.

13.    I approved and continue to support Lead Counsel's request for reimbursement of litigation expenses.

14.    In sum, I respectfully request that the Court approve the Settlement; award me a $1,000 compensatory award for the time I spent on this case and representing the Settlement Class; and approve Lead Counsel's request for attorneys' fees and expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed                                              on
_____07/01/2022_____

                                          /s/ David Caudle_____
                                          DAVID CAUDLE

3