UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE KRISTAL, Individually and On Behalf
of All Others Similarly Situated,

                   Plaintiff,

      v.

MESOBLAST LIMITED et al.,

                   Defendants.

Case No.:  7:20-cv-08430-PMH

**DECLARATION OF SHERYL SHAPIRO BASSIN REGARDING
COMPLIANCE WITH CLASS ACTION FAIRNESS ACT NOTICE REQUIREMENTS**

I, Sheryl Shapiro Bassin, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am a member of the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Mesoblast Limited ("Mesoblast"), Silviu Itescu, Josh Muntner, and Fred Grossman (collectively, the "Defendants") in the above-captioned action.  I am admitted to practice law in the State of New York and before this Court.  I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a thorough inquiry.  If called upon to testify, I could and would testify competently thereto.

2.    I make this declaration to demonstrate Defendants' compliance with Paragraph 25 of the Stipulation and Agreement of Settlement (the "Stipulation"), ECF No. 70, which provides that "[a]t least seven (7) calendar days before the Settlement Hearing [in the above-captioned matter], Defendants shall cause to be served on Lead Counsel and filed with the Court an affidavit or declaration regarding compliance with the … notice requirements" of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

3.    The Stipulation was filed with the Court on March 28, 2022.  On April 8, 2022, the Court preliminarily approved the settlement and directed notice be issued.  *See* Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order"), ECF No. 75.  Following the filing of the Stipulation, counsel for Defendants prepared a CAFA notice letter and assembled the documents and materials listed in 28 U.S.C. § 1715(b), as well as a list of contact information for the state and federal officials who were the intended recipients of the notice.

4.    On April 19, 2022, counsel for Defendants served the CAFA notice letter ("CAFA Notice") via U.S.P.S. Priority Mail to the United States Attorney General and the Attorney General for each State and Territory.  The CAFA Notice notified recipients of the

proposed class action settlement in this matter ("Class Action Settlement") and included the information required by 28 U.S.C. § 1715(b).  The CAFA Notice sent on April 19, 2022 (without its accompanying CD containing attachments Nos. 1 to 10) is attached hereto as **Exhibit 1**.  The distribution list for the CAFA Notice, detailing the recipients who were served, is attached as an exhibit to that notice (*see* **Exhibit 1 at Ex. A**).

5.      As reflected in **Exhibit 1**, the CAFA Notice and accompanying CD (the contents of which is listed on pages 1 and 2 of the CAFA Notice) included the documents and information required by 28 U.S.C. § 1715(b), including, but not limited to: (a) the initial complaints and amended complaint; (b) notice of the scheduled Settlement Hearing; (c) the Stipulation and accompanying exhibits, including the forms of notice of settlement; (d) the Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures and supporting papers, ECF Nos. 71, 72, 73, 74; and (e) the Preliminary Approval Order, which granted preliminary approval of the settlement and approved the form and manner of notice of settlement.

6.      On July 15, 2022, counsel for Defendants sent a letter via U.S.P.S. Priority Mail to the United States Attorney General and the Attorney General for each State and Territory confirming that the Settlement Hearing is scheduled for August 15, 2022, at 11:00 a.m., as set forth in the Preliminary Approval Order included with the CAFA Notice (and not on August 5, 2022, which was a typographical error in the prior letter accompanying the documents).  The letter of July 15, 2022 and its distribution list, are attached hereto, respectively, as **Exhibit 2** and **Exhibit 2 at Ex. A**.

7.      As of the date of this declaration, August 8, 2022, Defendants have not received any substantive communications regarding the CAFA Notice, the Settlement Hearing, or the

proposed Class Action Settlement from any of the Attorneys General or any other recipient of the CAFA Notice.

8.      To the best of my present knowledge, Defendants have fully complied with and satisfied their obligations under CAFA and Paragraph 25 of the Stipulation in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2022 at New York, New York.

By:  */s/ Sheryl Shapiro Bassin*
     Sheryl Shapiro Bassin

3