# Exhibit 1

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

April 19, 2022

***Via USPS Priority Mail***

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Applicable State and Territory Officials
(Identified on Exhibit A, attached hereto)

>       Re:    ***Kristal v. Mesoblast Limited, et al.*,
>              Southern District of New York, No. 7:20-cv-08430-PMH**

To Whom It May Concern:

We are writing to you on behalf of Defendants Mesoblast Limited ("Mesoblast") and Silviu Itescu, Josh Muntner and Fred Grossman (collectively, the "Defendants") in the above-referenced action (the "Class Action") to provide you with notice under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, *et seq.*, of a proposed class action settlement filed with the United States District Court for the Southern District of New York. A Stipulation and Agreement of Settlement was filed with the Court on March 28, 2022. In the Stipulation and Agreement of Settlement, the parties agreed to allow 31 days following the filing of the Stipulation for Mesoblast to serve the notice required under the Class Action Fairness Act. On April 8, 2022, the Court granted Preliminary Approval of the Settlement and scheduled a Settlement Hearing to take place on August 5, 2022, at 11:00 a.m.

Complete details of the terms of the proposed settlement are contained in the Stipulation and Agreement of Settlement, a copy of which is included in PDF format on the enclosed CD. Pursuant to 28 U.S.C. § 1715, the following documents associated with the above-referenced action and Stipulation and Agreement of Settlement are also included in PDF format on the enclosed CD:

| No. | Document |
|:---:|---|
| 1 | Class Action Complaint for Violations of the Federal Securities Laws – *Kristal v. Mesoblast Limited, et al.*, No. 7:20-cv-08430-PMH (ECF No. 1) |
| 2 | Class Action Complaint for Violations of the Federal Securities Laws – *Mauskopf v. Mesoblast Limited, et al.*, No. 7:20-cv-09111-PMH (ECF No. 1) |

AUSTIN    BEIJING    BOSTON    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO

SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE

**WILSON SONSINI**

Merrick B. Garland
Attorney General of the United States
April 19, 2022
Page 2

| No. | Document |
|-----|----------|
| 3 | Memorandum Opinion and Order (1) Consolidating Actions; (2) Appointing Lead Plaintiff; and (3) Approving Lead Plaintiff's Selection of Counsel (ECF No. 25) |
| 4 | Amended Class Action Complaint (ECF No. 51) |
| 5 | Stipulation and Agreement of Settlement (ECF No. 70)<br>Attachments:<br>• Exhibit A: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice<br>• Exhibit A-1: Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Settlement Notice")<br>• Exhibit A-2: Proof of Claim and Release Form<br>• Exhibit A-3: Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Summary Notice")<br>• Exhibit A-4: Court-Ordered Legal Notice<br>• Exhibit B: [Proposed] Judgment Approving Class Action Settlement |
| 6 | Notice of Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (ECF No. 71) |
| 7 | [Proposed] Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 72) |
| 8 | Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (ECF No. 73) |
| 9 | Declaration of Sara Fuks in Support of Unopposed Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures (ECF No. 74)<br>Attachments:<br>• Exhibit 1: Report by NERA Economic Consulting, titled *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review* |
| 10 | Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 75) |

All filings in the above-referenced action are available through the electronic filing system for the United States District Court for the Southern District of New York, which can be found at the following web-address: https://ecf.nysd.uscourts.gov/. Any future hearings and papers will be posted on that website as well.

**WILSON
SONSINI**

Merrick B. Garland
Attorney General of the United States
April 19, 2022
Page 3

Although it is not feasible for Defendants to identify all Class members who reside in each state, Defendants note that the Class includes all persons and entities who purchased or otherwise acquired Mesoblast publicly traded American Depository Shares between December 13, 2018 and October 2, 2020, inclusive, and who held such shares on August 11, 2020, and/or October 2, 2020, and who were damaged thereby. Excluded from the Class are Defendants; the officers and directors of Mesoblast; members of Defendants' immediate families and their legal representatives, heirs, successors, and assigns; and any entity in which Defendants have or had a controlling interest. Also excluded from the Class are any person or entity who or which submits a request for exclusion from the Class in accordance with the notice of settlement that is accepted by the Court.

If you are unable to access any of the information on the enclosed CD or the electronic filing system for the United States District Court for the Southern District of New York, or if you have other questions, please contact Sheryl Shapiro Bassin at 212-497-7725 or sbassin@wsgr.com.

Sincerely,

**WILSON SONSINI GOODRICH & ROSATI
Professional Corporation**

s/Sheryl Shapiro Bassin
   Sheryl Shapiro Bassin

*Counsel for Defendants*

Enclosures

**EXHIBIT A**

| | |
|---|---|
| Alabama Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Alaska Attorney General<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| American Samoa Attorney General<br>American Samoa Government<br>Executive Office Building<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | Arizona Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926 |
| Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 | California Attorney General<br>1300 "I" Street, Suite 1740<br>Sacramento, CA 95814-2919 |
| Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Connecticut Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 |
| Delaware Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 | District of Columbia Attorney General<br>400 6th St., NW<br>Washington, DC 20001 |
| Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 | Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Guam Attorney General<br>ITC Building<br>590 S. Marine Corps Drive, Suite 706<br>Tamuning, Guam 96913 | Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Idaho Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | Illinois Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, IL 60601 |

| | |
|---|---|
| Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 | Iowa Attorney General<br>Hoover State Office Building<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 | Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Michigan Attorney General<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 | Minnesota Attorney General<br>75 Dr. Martin Luther King Jr. Blvd.<br>Suite 102, State Capital<br>Saint Paul, MN 55155 |
| Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO 65101 |
| Montana Attorney General<br>Justice Building<br>215 N. Sanders Street<br>Helena, MT 59620-1401 | Nebraska Attorney General<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 |
| Nevada Attorney General<br>Old Supreme Court Building<br>100 N. Carson Street<br>Carson City, NV 89701 | New Hampshire Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |

| | |
|---|---|
| New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625 | New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| New York Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 | North Carolina Attorney General<br>Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |
| North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505-0040 | Northern Mariana Islands Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| Ohio Attorney General<br>State Office Tower<br>30 E. Broad Street<br>Columbus, OH 43266-0410 | Oklahoma Attorney General<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105 |
| Oregon Attorney General<br>Justice Building<br>1162 Court Street, NE<br>Salem, OR 97301 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| Puerto Rico Attorney General<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | Rhode Island Attorney General<br>150 S. Main Street<br>Providence, RI 02903 |
| South Carolina Attorney General<br>Rembert C. Dennis Office Building<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | South Dakota Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee Attorney General<br>425 5th Avenue North<br>Nashville, TN 37243 | Texas Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

-4-

| | |
|---|---|
| Utah Attorney General<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001 |
| Virgin Islands Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI 00802 | Virginia Attorney General<br>202 N. Ninth Street<br>Richmond, VA 23219 |
| Washington Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | West Virginia Attorney General<br>State Capitol<br>1900 Kanawha Boulevard East<br>Charleston, WV 25305 |
| Wisconsin Attorney General<br>Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Wyoming Attorney General<br>State Capitol Building<br>109 State Capitol<br>Cheyenne, WY 82002 |