# Exhibit 2

# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

July 15, 2022

**_Via USPS Priority Mail_**

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Applicable State and Territory Officials
(Identified on Exhibit A, attached hereto)

> **Re:    _Kristal v. Mesoblast Limited, et al._,**
> **Southern District of New York, No. 7:20-cv-08430-PMH**

To Whom It May Concern:

We are writing to you on behalf of Defendants Mesoblast Limited, Silviu Itescu, Josh Muntner, and Fred Grossman (collectively, the "Defendants") in the above-referenced action (the "Class Action"), regarding our April 19, 2022 letter providing notice under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, _et seq._, of a proposed class action settlement filed with the United States District Court for the Southern District of New York ("April 19 Letter").

Pursuant to 28 U.S.C. § 1715, the April 19 Letter provided notice that a Stipulation and Agreement of Settlement was filed with the Court on March 28, 2022 and enclosed a CD of documents associated with the Class Action, including the Stipulation and Agreement of Settlement and other filings that contain the complete details of the terms of the proposed settlement and notices to class members.  The CD included in PDF format the Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 75) (Ex. 10 to the April 19 Letter), which scheduled a Settlement Hearing to take place on August 15, 2022, at 11:00 a.m. in Courtroom 520 of the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York.  We write to confirm that the Settlement Hearing is scheduled for August 15, 2022, at 11:00 a.m., as set forth in the Order Preliminarily Approving Settlement – not on August 5, 2022 as set forth in the text of the April 19 Letter (which was a typographical error in the letter).

If you have any questions, please contact Sheryl Shapiro Bassin at 212-497-7725 or sbassin@wsgr.com.

Sincerely,

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

s/Sheryl Shapiro Bassin
   Sheryl Shapiro Bassin

_Counsel for Defendants_

AUSTIN    BEIJING    BOSTON    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO
SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE

## EXHIBIT A

| | |
|---|---|
| Alabama Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Alaska Attorney General<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| American Samoa Attorney General<br>American Samoa Government<br>Executive Office Building<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | Arizona Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926 |
| Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 | California Attorney General<br>1300 "I" Street, Suite 1740<br>Sacramento, CA 95814-2919 |
| Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Connecticut Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 |
| Delaware Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 | District of Columbia Attorney General<br>400 6th St., NW<br>Washington, DC 20001 |
| Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 | Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Guam Attorney General<br>ITC Building<br>590 S. Marine Corps Drive, Suite 706<br>Tamuning, Guam 96913 | Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Idaho Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | Illinois Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, IL 60601 |

| | |
|---|---|
| Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 | Iowa Attorney General<br>Hoover State Office Building<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 | Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Massachusetts Attorney General<br>1 Ashburton Place<br>Boston, MA 02108-1698 |
| Michigan Attorney General<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 | Minnesota Attorney General<br>75 Dr. Martin Luther King Jr. Blvd.<br>Suite 102, State Capital<br>Saint Paul, MN 55155 |
| Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO 65101 |
| Montana Attorney General<br>Justice Building<br>215 N. Sanders Street<br>Helena, MT 59620-1401 | Nebraska Attorney General<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 |
| Nevada Attorney General<br>Old Supreme Court Building<br>100 N. Carson Street<br>Carson City, NV 89701 | New Hampshire Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |

| | |
|---|---|
| New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625 | New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| New York Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 | North Carolina Attorney General<br>Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |
| North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505-0040 | Northern Mariana Islands Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| Ohio Attorney General<br>State Office Tower<br>30 E. Broad Street<br>Columbus, OH 43266-0410 | Oklahoma Attorney General<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105 |
| Oregon Attorney General<br>Justice Building<br>1162 Court Street, NE<br>Salem, OR 97301 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| Puerto Rico Attorney General<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | Rhode Island Attorney General<br>150 S. Main Street<br>Providence, RI 02903 |
| South Carolina Attorney General<br>Rembert C. Dennis Office Building<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | South Dakota Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee Attorney General<br>425 5th Avenue North<br>Nashville, TN 37243 | Texas Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

-4-

| | |
|---|---|
| Utah Attorney General<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001 |
| Virgin Islands Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI 00802 | Virginia Attorney General<br>202 N. Ninth Street<br>Richmond, VA 23219 |
| Washington Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | West Virginia Attorney General<br>State Capitol<br>1900 Kanawha Boulevard East<br>Charleston, WV 25305 |
| Wisconsin Attorney General<br>Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Wyoming Attorney General<br>State Capitol Building<br>109 State Capitol<br>Cheyenne, WY 82002 |