UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRENE KRISTAL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, JOSH MUNTNER, and FRED GROSSMAN<br><br>Defendants. | **CASE No.: 7:20-CV-08430-PMH**<br><br>Honorable Philip M. Halpern |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) ESTIMATED RECOGNIZED LOSSES**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated April 8, 2022 (Dkt. No. 75, the "Preliminary Approval Order"), SCS was approved to be retained as Claims Administrator in connection with the Settlement of the above-

captioned action (the "Action").[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3. As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated July 11, 2022 (Dkt. No. 81-1, the "Bravata Declaration,), SCS mailed or e-mailed 1,928 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. SCS then mailed 29,317 Postcard Notices to potential Settlement Class Members or nominees, and SCS was notified by two nominees that they mailed the Postcard Notice to 81 of their customers. SCS was also notified that a nominee emailed 21,732 of their clients a direct link to the Notice and Claim Form on the settlement webpage. Since the Bravata Declaration was filed, no additional Postcard Notices were mailed by SCS, no additional Postcard Notices were requested by a nominee, and SCS has been notified by a nominee that 57 additional emails were sent with the direct link to the Notice and Claim Form. To date, a total of 51,187 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Notice and Claim Form.[2]

4. Since the Bravata Declaration, 317 Postcard Notices were returned to SCS as undeliverable. Of the 317, the United Postal Service provided forwarding addresses for 10, and

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated March 28, 2022 (Dkt. No. 70, the "Stipulation").

[2] The Bravata Declaration stated that we received 37 requests from the potential Settlement Class Members to mail them the Notice and Claim Form. Since the Bravata Declaration was signed, we received an additional 23 requests, and we mailed them a Notice and Claim Form immediately.

SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 307 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 115 were re-mailed to updated addresses.

<b><u>UPDATE ON TOLL-FREE PHONE LINE</u></b>

5.      The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request the Notice and Claim Form.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

<b><u>UPDATE ON SETTLEMENT WEBSITE</u></b>

6.      As noted in the Bravata Declaration, on April 28, 2022, SCS established a webpage on its website at www.strategicclaims.net/Mesoblast/ where it posed the Notice, Postcard, Notice, Claim Form and Stipulation. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; and important documents.  SCS continues to maintain the settlement webpage.

<b><u>UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS</u></b>

7.      The Notice, Summary Notice, Postcard Notice, and the settlement website informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than July 25, 2022. SCS has been monitoring all mail delivered for this case.  The Bravata Declaration stated that SCS has received one request for exclusion and one inquiry on how to file a request for exclusion.  SCS responded to the inquiry but still has not received a response.  Exhibit E of the Bravata Declaration contains a copy of the exclusion request and the inquiry.  Since the Bravata Declaration, SCS has received another request for exclusion; however, the request did not provide transaction information and

3

documentation.  SCS mailed a follow-up letter requesting this information and gave them until August 3, 2022 to respond.  Attached as **Exhibit A** is a copy of this exclusion request and the SCS letter.

8.      According to the Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses must be submitted to Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than July 25, 2022. As of the date of this declaration, SCS has neither received any objections nor been notified that an objection was filed.

## CLAIM FORM FILING STATUS AND ESTIMATE OF RECOGNIZED LOSSES

9.      Settlement Class Members were advised to file a Claim Form with adequate supporting documentation, postmarked no later than August 7, 2022, to be eligible for a payment from the Settlement proceeds.  To date, SCS has received 1,528 claim forms.  SCS is currently reviewing all the claims submitted.

10.     Of the 1,528 claim forms, SCS has received 354 claims are valid, 26 that are deficient due to insufficient proof (lack of full documentation concerning purchases and sales of Mesoblast ADS) and 1,148 that will be rejected because they have no recognized losses or because the shares associated with those claims are not Mesoblast ADS. The 354 valid claims represent 1,511,429 Mesoblast ADS with total Recognized Losses of $5,412,244. The 26 deficient claims represent 108,284 Mesoblast ADS with total Recognized Losses of $387,751. Assuming that the 26 deficient claims are cured, the total dollar value of all of the claims (valid claims + deficient claims) is $5,799,995. The chart below contains a summary of the type of claims, number of claims

4

and dollar value of claims. These numbers do not include any adjustments as a result of SCS's

quality assurance process, which includes the results of the cure/rejection process.

| Type of Claims | # of claims | $ | Shares |
|---|---|---|---|
| Valid | 354 | $5,412,244 | 1,511,429 |
| Deficient Claims with limited proof | 26 | $387,751 | 108,284 |
| Rejected (no losses/gains/wrong market) | 1,148 | n/a | n/a |
| | 1,528 | $5,799,995 | 1,619,713 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of August 2022, in Media, Pennsylvania.

Josephine Bravata

5

**EXHIBIT A**



Dear court personnel,

I see no provision for losses through the use of Mesoblast options contracts in the terms of CASE No.: 7:20-CV-08430-PMH. ~~Unless this is changed, I would like~~ Therefore, I would like my 300 shares excluded from the Settlement Class. If there is a change made and/or I should take other action, you may contact me.

Thank you,

Delmar Weiler



25 JUL 2022   PM 4   L

FOREVER USA

JUL 27 2022

In re Mesoblast Class Action Litigation, EXCLUSIONS
c/o. Strategic Claims Services

P.O. box 230
600 N Jackson St., Suite 205
Medra, Pa. 19063

19063-256455

*In re Mesoblast Class Action Litigation*  
c/o Strategic Claims Services  
600 N. Jackson Street – Suite 205  
Media, PA 19063

Phone: (866) 274-4004  
Fax: (610) 565-7985  
Email: info@strategicclaims.net

July 27, 2022

Delmar Weiler

Re:  Mesoblast Class Action Litigation

Delmar Weiler,

We received your request for exclusion from the *In re Mesoblast Class Action Litigation,* Case No. 7:20-cv-08430-PMH. At this time, we are missing the following information, which is needed in order for your request to be valid:

- Identify and state the number of Mesoblast ADSs purchased/acquired and/or sold during the period from December 13, 2018 and October 2, 2020, inclusive as well as the dates and prices of each transaction; and
- Supporting documentation of each transaction such as a brokerage trade confirmation or brokerage monthly statement.

For your request to be honored, we must receive the information above no later than **August 3, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Josephine Bravata  
Quality Assurance Manager  
Strategic Claims Services