**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRENE KRISTAL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MESOBLAST LIMITED, SILVIU ITESCU, JOSH MUNTNER, and FRED GROSSMAN<br><br>Defendants. | **CASE No.: 7:20-CV-08430-PMH**<br><br>Honorable Philip M. Halpern |

**NOTICE OF PLAINTIFFS' MOTION FOR DISTRIBUTION OF**
**CLASS ACTION SETTLEMENT FUNDS**

**PLEASE TAKE NOTICE** that, pursuant to ¶28 of the parties' Stipulation and Agreement of Settlement filed with this Court on March 28, 2022 (Dkt. No. 70) Class Representatives Frank Fayz and David Caudle, on behalf of themselves and the Settlement Class, will and hereby do move this Court, before the Honorable Philip M.  Halpern, United States District Judge, of the United States District Court for the Southern District of New York, Hon. Charles Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., While Plains, NY 10601, for an order authorizing the distribution of class action settlement funds. The grounds in support of this Motion are set forth fully in the accompanying (i) Memorandum of Law in Support of Plaintiffs' Motion for Distribution of Class Action Settlement Funds and (ii) Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process.

A proposed Order Granting Motion for Distribution of Class Action Settlement Funds, which grants the requested relief, is also submitted herewith.

Dated: February 13, 2023                              Respectfully submitted,

2

<u>*/s/ Sara Fuks*</u>

**THE ROSEN LAW FIRM, P.A.**
Sara Fuks
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile:  (212) 202-3827
Email:  sfuks@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*